## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raphael Danilo Urena Gonzalez aka            CHAPTER 13
Raphael D Urena Gonzalez aka Raphael
Gonzalez                                            BKY. NO. 19-17336 PMM

                          Debtor(s)


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of U.S. Bank Trust National Association as
Trustee of Bungalow Series III Trust and index same on the master mailing list.


                              Respectfully submitted,
                              **/s/ Rebecca A. Solarz Esquire**
                              Rebecca A Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322