United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-17336-pmm
Raphael Danilo Urena Gonzalez                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 1              Date Rcvd: Aug 06, 2020
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db              +Raphael Danilo Urena Gonzalez,    1254 Lehigh Street,    Allentown, PA 18103-3861
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14429460       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court:  Caine & Weiner,     15025 Oxnard Street, Suite 100,
                  Van Nuys, CA 91411)
14429462        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14429463        +Home Investment Fund VI LP,    5261 Highland Road, Suite 322,    Baton Rouge, LA 70808-6547
14484850        +Home Investment Fund VI LP,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14485056        +Home Investment Fund VI LP,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14429464        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2020 03:58:37
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2020 03:58:49      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14429461        +E-mail/Text: compliance@contractcallers.com Aug 07 2020 03:58:58      Contract Callers Inc,
                  501 Greene Street,    Floor 3 - Suite 302,    Augusta, GA 30901-4415
14447098        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2020 04:06:44      Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14457130        +E-mail/Text: bknotices@snsc.com Aug 07 2020 03:58:57      Home Investment Fund VI LP,
                  c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
14455402        +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 07 2020 03:58:46      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 6

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Raphael Danilo Urena Gonzalez claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Home Investment Fund VI LP bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Raphael Danilo Urena Gonzalez<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-17336-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 6, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE